In the Matter of the Claim of WILLIAM NIEDER, Respondent, against COAL MERCHANTS MUTUAL INSURANCE COMPANY, Appellant. GARRETT BUSCH & SON, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board against the appellant, on the ground that the policy, by its terms, covers certain specified classes of employees and " all other employees." (See, also, Workmen's Comp. Law, § 54, subd. 4.) Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur; Crapser, J., dissents and votes to reverse the award and to dismiss the claim, as to the carrier, on the authority of *Matter of Pettit* v. *Reges* (242 N. Y. 272, 276).

In the Matter of the Claim of YETTA EISEN, Respondent, against LIBERTY CLOAK HOUSE, Respondent; LONDON AND LANCASHIRE INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, on the authority of *Matter of Lipschitz* v. *Hotel Charles* (252 N. Y. 518), with costs to the State Industrial Board against the appellant. Present — Hill, P. J., Rhodes, McNamee, Bliss and Crapser, JJ.

In the Matter of the Claim of PETER WAITKIENIE, Respondent, against ALGERNON BLAIR, General Contractor, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ISIDOR ALTMAN, Respondent, against UNITED CIGAR STORES COMPANY OF AMERICA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of NICHOLAS MULLER, Respondent, against GOOD DISTRIBUTORS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of SUSAN BREW and Another, Respondents, against EVEY HOLDING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of SAMUEL FRANKEL, Respondent, against COLLIER ADVERTISING SERVICE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Bliss, J., dissents.

In the Matter of the Claim of CHARLES DISPENZA, JR., Respondent, against JOHN HANCOCK LIFE INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

* Revd., 262 N. Y. 656.